IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN WYKOFF,<br>Reg. No. 12248-028,<br><br>    Petitioner,<br><br>  v.<br><br>WALTER WOODS, et al.,<br><br>    Respondents. | CIVIL ACTION NO. 2:19-CV-72-WHA |

**ORDER**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the May 14, 2019 Recommendation of the Magistrate Judge (Doc. #36). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. To the extent the petitioner seeks an immediate award of good time credit under the provisions of the First Step Act of 2018, this claim is dismissed without prejudice as such claim is premature;

3. This case, with respect to the petitioner's challenges to the constitutionality of a disciplinary action for improper use of mail, is referred back to the Magistrate Judge for additional proceedings.

DONE this 4th day of June, 2019.

                    /s/ W. Harold Albritton
               SENIOR UNITED STATES DISTRICT JUDGE