IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN WYKOFF, Reg. No. 12248-028, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WALTER WOODS, Warden, *et. al.,* )<br>)<br>Respondents. )<br>) | CASE NO. 2:19-cv-0072-WHA-CSC |

**O R D E R**

Before the court is the Magistrate Judge's Report and Recommendation filed January 21, 2021 (Doc. 45) to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The 28 U.S.C. § 2241 petition for habeas corpus relief filed by the petitioner be dismissed as Moot because a favorable decision on the merits would not entitle him to any relief;

3. Judgment is entered in favor of the respondents and against the petitioner;

4. This case is DISMISSED with prejudice;

A separate Final Judgment will be entered in accordance with this order.

Done this 11th day of February, 2021.

/s/ W. Harold Albritton                .
SENIOR UNITED STATES DISTRICT JUDGE